NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARRISON L. VINSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7026

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-795, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Harrison L. Vinson moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

JAN 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2012

JAN HORBALY
CLERK

cc:  Harrison L. Vinson
     Matthew P. Roche, Esq.

s21

Issued As A Mandate:  JAN 3 0 2012